**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CASE NUMBER: 8:21-cv-00804-KKM-AAS**

**JAMEL CANTY,**

    Plaintiff,

**GEOVERA SPECIALTY INSURANCE COMPANY,**

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

**COMES NOW** the **Plaintiff, Jamel Canty** and **Defendant, GeoVera Specialty Insurance Company**, hereby provide notice that Plaintiff and Defendant have amicably settled this mater and that this case will not go forward. The Court is to retain jurisdiction to enforce the terms of the Settlement Agreement.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 7, 2021, a true and correct copy of the foregoing was filed via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                                                          s/ Gregory N. Greenberg
                                                        **COHEN LAW GROUP**
                                                        Gregory N. Greenberg
                                                         Florida Bar Number: 95978
                                                        FOR THE FIRM
                                                        350 North Lake Destiny Road, Suite 200
                                                        Maitland, Florida 32751
                                                        Phone: (407) 228-9884
                                                        Fax:   (407) 897-1151
                                                        Primary: ggreenberg@itsaboutjustice.law
                                                        Secondary: brittni@itsaboutjustice.law