# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAMEL CANTY,

    Plaintiff,

v.                                                        Case No. 8:21-cv-0804-KKM-AAS

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

The Court has been advised that this case has settled. (Doc. 19). Accordingly, consistent with Local Rule 3.09(b), it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the parties, within 60 days of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 60-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on May 10, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge